Northern District Of Ohio
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Case No. 10−63576−rk**

**In re:**

| | |
|---|---|
| Oscar Antonio Monroy<br>1041 Firman SW<br>Sugarcreek, OH 44681 | Julie Lynn Monroy<br>1041 Firman SW<br>Sugarcreek, OH 44681 |

**Social Security No.:**

xxx−xx−0438                                         xxx−xx−1245


## MISSING DOCUMENTS NOTICE

**To the Parties in Interest:**

The above referenced case was filed in this court on August 19, 2010. The petition is missing the following required documents:

Employee Income Records.

Pursuant to Bankruptcy Rule 1007(C), these papers must be filed within 14 days of the filing of the petition. Failure to comply will cause an Order to Show Cause why this case should not be dismissed to be entered. Filing due date .

**Dated:** August 20, 2010                                                                       For the Court
Form ohnb259                                                                                      Kenneth J. Hirz, Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0647-6          User: vwaym             Page 1 of 1            Date Rcvd: Aug 20, 2010
Case: 10-63576                Form ID: 259            Total Noticed: 1
```

The following entities were noticed by first class mail on Aug 22, 2010.
db/db        +Oscar Antonio Monroy,    Julie Lynn Monroy,    1041 Firman SW,    Sugarcreek, OH 44681-9004

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 22, 2010**                    Signature:      *Joseph Speetjens*